**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| TRUMPF Laser GmbH + Co. KG v. Amglo Kemlite Laboratories, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRUMPF Laser GmbH + Co. KG, Plaintiff

```
FILED
MAY 9, 2008                    YM
08CV2711
JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN
```

| NAME (Type or print) |
|---|
| Eric A. Sacks |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Eric A. Sacks |

| FIRM |
|---|
| Jenner & Block LLP |

| STREET ADDRESS |
|---|
| 330 N. Wabash Ave. |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois, 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6209922 | (312) 222-9350 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐