IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TRUMPF LASER GMBH + CO. KG,**<br><br>  Plaintiff,<br>v.<br><br>**AMGLO KEMLITE LABORATORIES, INC.**<br><br>  Defendant. | CIVIL ACTION NO. _____<br><br>JURY DEMANDED<br><br>FILED<br>MAY 9, 2008         YM<br>08CV2711<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE NOLAN |

### NOTICE OF AFFILIATES -- DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, plaintiff TRUMPF Laser GmbH + Co. KG ("TRUMPF") submits that it is affiliated with TRUMPF GmbH + Co. KG and Berthold Leibinger GmbH, as defined by Local Rule 3.2.

May 9, 2008

Respectfully submitted,

TRUMPF LASER GMBH + CO. KG

By:  s/ Eric A. Sacks
     One of its Attorneys

Barry K. Shelton
(Application for leave to appear *pro hac vice*,
to be submitted)
**FISH & RICHARDSON P.C.**
111 Congress Avenue, Suite 810
Austin, TX  78701
(512) 472-5070 (Telephone)
(512) 320-8935 (Facsimile)

David J. Bradford
Terrence J. Truax
Eric A. Sacks
**JENNER & BLOCK LLP**
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350 (Telephone)
(312) 527-0484 (Facsimile)