IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TRUMPF LASER GMBH + CO. KG,**<br><br>               **Plaintiff,**<br>   v.<br><br>**AMGLO KEMLITE LABORATORIES, INC.**<br>               **Defendant.** | CIVIL ACTION NO. _____<br><br>**JURY DEMANDED**<br><br>FILED<br>MAY 9, 2008          YM<br>08CV2711<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE NOLAN |

**NOTICE OF CLAIMS INVOLVING PATENT**

Pursuant to Local Rule 3.4, plaintiff TRUMPF Laser GmbH + Co. KG ("TRUMPF") provides the following information, which the Clerk is required, under 35 U.S.C. §290, to forward to the Commissioner of Patents and Trademarks:

   1.   The name and address of the plaintiff is TRUMPF Laser GmbH + Co. KG, Aichhalder Strasse 39, 78713 Schramberg, Germany.

   2.   The name and address of defendant is Amglo Kemlite Laboratories, Inc., 215 Gateway Road, Bensenville, Illinois 60106.

   3.   The name of inventor of plaintiff's United States Patent 7,050,473 is Reinhard Ifflaender.

May 9, 2008                                     Respectfully submitted,

                                                                           TRUMPF LASER GMBH + CO. KG

                                                                           By:   s/ Eric A. Sacks
                                                                                 One of its Attorneys

Barry K. Shelton
(Application for leave to appear *pro hac vice*,
to be submitted)
**FISH & RICHARDSON P.C.**
111 Congress Avenue, Suite 810
Austin, TX  78701
(512) 472-5070 (Telephone)
(512) 320-8935 (Facsimile)

David J. Bradford
Terrence J. Truax
Eric A. Sacks
**JENNER & BLOCK LLP**
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350 (Telephone)
(312) 527-0484 (Facsimile)