## *United States District Court for the Northern District of Illinois*

Case Number:  08CV2711

Assigned/Issued  By: DAJ

Judge Name:  GETTLEMAN

Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*  
☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
          (Type of Writ)

_1_ Original and _1_ copies on _09/05/08_ as to AMGLO KEMLITE
                                    (Date)
LABORATORIES INC

_____

_____